UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD THOMAS,

        Plaintiff,

v.

        Case No. 14-cv-10752
        Honorable Gershwin A. Drain

DUANE ALLEN and
DIANE ADAMS,

        Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#26], AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [#14]

This matter is before the Court on the Defendants' Motions for Summary Judgment. *See* Dkt. No. 14. The matter was referred to Magistrate Judge Elizabeth A. Stafford, who issued a Report and Recommendation on February 12, 2015, recommending that the Court deny Defendants' Motion for Summary Judgment. *See* Dkt. No. 26. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court **HEREBY ACCEPTS** and **ADOPTS** Magistrate Judge Elizabeth A. Stafford's Report and Recommendation [#26] as this Court's findings of fact and conclusions of law. Consequently, Defendants' Motion for Summary Judgment [#14] is **HEREBY DENIED.**

-2-

SO ORDERED.

Dated: March 18, 2015

/s/Gershwin A Drain  
Hon. Gershwin A. Drain  
United States District Court Judge
