UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD THOMAS,

       Plaintiff,        Civil Action No. 14-10752
                                Honorable Gershwin A. Drain
v.                                Magistrate Judge Elizabeth A. Stafford

DUANE ALLEN and
DIANE ADAMS,

       Defendants.
_____/

**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL [R. 38]**

The Court having considered Defendants' Motion for Substitution of Counsel and Brief in Support of Motion for Substitution of Counsel;

**IT IS HEREBY ORDERED** that James T. Farrell, Assistant Attorney General for the State of Michigan, is hereby substituted as counsel representing Defendants Duane Allen and Diane Adams in the above cause of action in the stead of Assistant Attorney General A. Peter Govorchin.

Dated: May 29, 2015                         s/Elizabeth A. Stafford
                                                  ELIZABETH A. STAFFORD
                                                  United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing notice was

served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


Dated:    May 29, 2015                    s/Marlena Williams
                                          MARLENA WILLIAMS
                                          Case Manager